**United States v. Corey Wilkerson**
**No. 26-12732**

## <u>CERTIFICATE OF INTERESTED PERSONS</u>
## <u>AND COPORATE DISCLOSURE STATEMENT</u>

Appellant hereby discloses the following persons who have an interest in the outcome of this case pursuant to 11th Cir. R. 26.1-1:

Andrejko, Nicole M. – Counsel for Appellee

Barber, The Honorable Thomas P.

Bird, Christine N. – Counsel for Defendant/Appellant

Fitz, Ann Marie – Appellate Counsel for Defendant/Appellant

Hall, A. Fitzgerald

Handberg, Roger B. – Counsel for Appellee

Harrington, Jennifer – Counsel for Appellee

Howard, Katherine

Kehoe, Gregory – Counsel for Appellee

Lammens, The Honorable Philip R.

Pritchard, Jr., Charles L. – Counsel for Defendant/Appellant

Watson, Hannah – Counsel for Appellee

Wilkerson, Corey – Defendant/Appellant

No publicly traded company or corporation has an interest in the outcome of this appeal.

**CERTIFICATE OF SERVICE**

I certify that on this August 6, 2026, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the United States Attorney's Office.

Respectfully Submitted,

Charles L. Pritchard, Jr.
Federal Public Defender

*/s/ Ann Marie Fitz*
Ann Marie Fitz, Esq.
Research & Writing Specialist
Florida Bar No. 1007949
400 North Tampa St., Suite 2700
Tampa, Florida 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
E-mail: Ann_Fitz@fd.org