In the United States Court of Appeals
for the Eleventh Circuit

---

UNITED STATES OF AMERICA
*Plaintiff-Appellee*,

v. No. 26-12732-DD

COREY WILKERSON,
*Defendant-Appellant*

---

**United States' Certificate of Interested Persons and Corporate Disclosure Statement**

In addition to the persons identified in the initial certificate of interested persons and corporate disclosure statement filed by Corey Wilkerson, the following persons have an interest in the outcome of this case:

1. Corrigan, Hon. Timothy J., United States District Judge;

2. Rhodes, David P., Assistant United States Attorney, Chief, Appellate Division;

3. Siekkinen, Sean, Assistant Unites States Attorney; and

4. Sweeney, Sara C., former Acting United States Attorney.

No publicly traded company or corporation has an interest in the outcome of this appeal.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: *s/ Sean Siekkinen*

SEAN SIEKKINEN
Assistant United States Attorney
Appellate Division
USA No. 192
400 N. Tampa St., Ste. 3200
Tampa, FL 33602
(813) 274-6000
sean.siekkinen@usdoj.gov

## Certificate of Service

I certify that on September 23, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

ANN M. FITZ, ESQ.
Federal Public Defender's Office

*Counsel for Corey Wilkerson*

*s/ Sean Siekkinen*
SEAN SIEKKINEN
Assistant United States Attorney